IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
JAN 2 3 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Criminal No. 19-30012-SMY |
| TAMECIA C. BUCKLEY, and KYETIA M. HINES, | ) ) ) ) ) | Title 18, United States Code, Sections 1343 and 1349 |
| Defendants | | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### Conspiracy to Commit Wire Fraud – 18 U.S.C. § 1349

1. Beginning on approximately October 26, 2018, and continuing until approximately November 1, 2018, in St. Clair and Clinton Counties, located within the Southern District of Illinois, and elsewhere, the defendants,

TAMECIA C. BUCKLEY, and
KYETIA M. HINES,

knowingly and willfully conspired with Kenneth Rogers, and other individuals, to commit an offense against the United States, namely to devise and participate in a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations and promises, and for the purpose of executing the scheme, and attempting to do so, knowingly to cause writings and signals to be transmitted in interstate commerce by means of wire and radio communications, in violation of Title 18, United States Code, Section 1343.

2.  The object of this conspiracy was for Defendants BUCKLEY and HINES, with the assistance or Rogers, to defraud certain lenders by purchasing vehicles in false names, and financing the purchase of those vehicles in false names, so that BUCKLEY and HINES could avoid repaying the lenders who financed the vehicle purchases.

3.  On or before October 26, 2018, Rogers prepared certain fraudulent documents for Defendant BUCKLEY. Defendant BUCKLEY intended to use the fraudulent documents to purchase a vehicle in a false name. Defendant BUCKLEY paid Rogers for preparing the fraudulent documents. Rogers prepared these fraudulent documents at his residence in East St. Louis, Illinois.

4.  The fraudulent documents Rogers prepared for Defendant BUCKLEY included: (1) Earnings Statements for an "Amanda Bear" of Belleville, Illinois; (2) an Ameren Illinois utility bill in the name of "Amanda Bear" for a residence in Belleville, Illinois; and (3) a temporary Illinois driver's license, bearing Defendant BUCKLEY's picture, in the name of "Amanda Bear" at an address in Belleville, Illinois.

5.  On October 26, 2018, an online credit application was submitted on behalf of Defendant BUCKLEY, in the name of "Amanda Bear," to Jansen Chevrolet in Germantown, Illinois.

6.  On October 30, 2018, Defendant BUCKLEY traveled to Jansen Chevrolet and purchased a 2018 Chervrolet Malibu in the name of "Amanda Bear." During this transaction, Defendant BUCKLEY presented to employees of Jansen Chevrolet the fraudulent documents in the name of "Amanda Bear" which she had obtained from Rogers.

7.  Defendant BUCKLEY's purchase of the 2018 Chevrolet Malibu was financed by Ally Financial of Cockeysville, Maryland.

8. On or before October 31, 2018, Rogers prepared certain fraudulent documents for Defendant HINES. Defendant HINES intended to use the fraudulent documents to purchase a vehicle in a false name. Defendant HINES paid Rogers for preparing the fraudulent documents. Rogers prepared these fraudulent documents at his residence in East St. Louis, Illinois.

9. The fraudulent documents Rogers prepared for Defendant HINES included: (1) paycheck stubs for an "Milinda Bizic" of East St. Louis, Illinois; (2) an Ameren Illinois utility bill in the name of "Milinda Bizic" for a residence in East St. Louis, Illinois; and (3) a temporary Illinois driver's license, bearing Defendant HINES' picture, in the name of "Milinda Bizic" at an address in East St, Louis, Illinois.

10. On October 31, 2018, an online credit application was submitted on behalf of Defendant HINES, in the name of "Milinda Bizic," to Jansen Chevrolet in Germantown, Illinois.

11. On November 1, 2018, Defendant HINES traveled to Jansen Chevrolet and purchased a 2018 Chervrolet Malibu in the name of "Milinda Bizic." During this transaction, Defendant HINES presented to employees of Jansen Chevrolet the fraudulent temporary Illinois driver's license in the name of "Milinda Bizic" which she had obtained from Rogers.

12. Defendant HINES' purchase of the 2018 Chevrolet Malibu was financed by GM Financial of Wilmington, Ohio.

All in violation of Title 18, United States Code, Section 1349.

## COUNT TWO
## Wire Fraud – 18 U.S.C. § 1343

1. Paragraphs 1 through 12 of Count One of this indictment are realleged here.

2. On or about October 30, 2018, within the Southern District of Illinois, defendant

TAMECIA C. BUCKLEY,

for the purpose of executing the scheme to defraud charged in Count One, and attempting to do so, knowingly did cause to be transmitted by means of a wire communication in interstate commerce, from Germantown, in Clinton County, Illinois, to Cockeysville, Maryland, certain writings and signals, namely a tele-facsimile of the following documents: (1) a signed credit application; (2) a signed title application; (3) a signed agreement to provide insurance; (4) a photocopy of the Earnings Statements for an "Amanda Bear"; (5) a photocopy of the Ameren Illinois utility bill in the name of "Amanda Bear"; and (6) a photocopy of the temporary Illinois driver's license, bearing defendant BUCKELY's picture, in the name of "Amanda Bear";

All in violation of Title 18, United States Code, Sections 1343.

## COUNT THREE
### Wire Fraud – 18 U.S.C. § 1343

1. Paragraphs 1 through 12 of Count One of this indictment are realleged here.

2. On or about November 1, 2018, within the Southern District of Illinois, defendant

KYETIA M. HINES,

for the purpose of executing the scheme to defraud charged in Count One, and attempting to do so, knowingly did cause to be transmitted by means of a wire communication in interstate commerce, from Germantown, in Clinton County, Illinois, to Wilmington, Ohio, certain writings and signals, namely a tele-facsimile of (1) a signed credit application; (2) a signed title application; (3) a signed agreement to provide insurance; and (4) a photocopy of the temporary Illinois driver's license, bearing Defendant HINES' picture, in the name of "Milinda Bizic";

All in violation of Title 18, United States Code, Sections 1343.

STEVEN D. WEINHOEFT
United States Attorney

SCOTT A. VERSEMAN
Assistant United States Attorney

Recommended bond: _____ $10,000 Unsecured _____